NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-1452-14T2

HASKELL PROPERTIES, LLC,

 Plaintiff-Appellant,

v.

THE AMERICAN INSURANCE
COMPANY, ST. PAUL FIRE
& MARINE INSURANCE COMPANY,
FIRST STATE INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK f/k/a AMERICAN
NATIONAL FIRE INSURANCE COMPANY,
and FIREMAN'S FUND INSURANCE COMPANY,

 Defendants-Respondents.
________________________________________________________________

 Argued February 2, 2016 – Decided August 4, 2016
 Remanded by Supreme Court May 19, 2017
 Resubmitted June 14, 2017 – Decided June 29, 2017

 Before Judges Espinosa, Rothstadt, and
 Currier.

 On appeal from Superior Court of New Jersey,
 Law Division, Bergen County, Docket No. L-
 5396-13.

 Eric E. Tomaszewski argued the cause for
 appellant (Golub Isabel & Cervino, P.C.,
 attorneys; Mr. Tomaszewski, of counsel;
 Joseph A. Ferriero, on the briefs).

 John Maloney argued the cause for respondent
 St. Paul Fire & Marine Insurance Company
 (Graham Curtin, PA, attorneys; Mr. Maloney
 and Stephen V. Gimigliano, on the brief).
 Michael E. Buckley argued the cause for
 respondents The American Insurance Company
 and Fireman's Fund Insurance Company (Rivkin
 Radler LLP, attorneys, join in the brief of
 respondent St. Paul Fire & Marine Insurance
 Company).

 Evan S. Neadel argued the cause for
 respondent First State Insurance Company
 (Becker Meisel, LLC, Wayne S. Karbal
 (Karbal, Cohen, Economou, Silk & Dunne,
 LLC), of the Illinois bar, admitted pro hac
 vice, and Gerald E. Ziebell (Karbal, Cohen,
 Economou, Silk & Dunne, LLC), of the
 Illinois bar, admitted pro hac vice,
 attorneys, join in the brief of respondent
 St. Paul Fire & Marine Insurance Company).

 Christopher P. Ferragamo (Jackson &
 Campbell, P.C.) of the District of Columbia
 bar, admitted pro hac vice, argued the cause
 for respondent Great American Insurance
 Company f/k/a American National Fire
 Insurance Company (DiFrancesco, Bateman,
 Coley, Yospin, Kunzman, Davis, Lehrer &
 Flaum, P.C., and Mr. Ferragamo, attorneys,
 join in the brief of respondent St. Paul
 Fire & Marine Insurance Company).

PER CURIAM

 As directed by the Supreme Court in its summary remand

order of May 19, 2017, we have reviewed our earlier unreported

decision in this matter, Haskell Properties, LLC v. The American

Insurance Company, Docket No. A-1452-14 (App. Div. August 4,

2016), in light of the Court's decision in Givaudan Fragrances

Corporation v. Aetna Casualty & Surety Company, 227 N.J. 322

(2017).

 2 A-1452-14T2
 In our earlier opinion, we relied upon the principles

enunciated by this court in Givaudan Fragrances Corporation v.

Aetna Casualty & Surety Company, 442 N.J. Super. 28 (App. Div.

2015), in holding plaintiff's complaint in this matter

sufficiently stated a cause of action against defendants that

refused "to provide coverage for losses originating from

occurrences that predated" the assignment in this action as set

forth in the subject asset purchase agreement. Haskell

Properties, LLC, supra, slip op. at 19. Those principles were

affirmed by the Court in Givaudan Fragrance Corporation, supra,

227 N.J. at 327 (holding "once an insured loss has occurred, an

anti-assignment clause in an occurrence policy may not provide a

basis for an insurer's declination of coverage based on the

insured's assignment of the right to invoke policy coverage for

that loss").

 Accordingly, we are satisfied our application of those

principles is entirely consistent with the Supreme Court's

decision. We do not discern a reason to alter our original

opinion.

 Affirmed in part; reversed and remanded in part. We do not

retain jurisdiction.

 3 A-1452-14T2